1   IGNACIA S. MORENO
    Assistant Attorney General
2   LUTHER L. HAJEK
    BEVERLY F. LI
3   Trial Attorneys
    U.S. Department of Justice
4   Environment and Natural Resources Division
    Natural Resources Section
5   P.O. Box 663
    Washington, D.C. 20044-0663
6   Tel.: (202) 353-0492 (Hajek) / (202) 353-9213 (Li)
    Facsimile: (202) 305-0506
7   E-mail: Luke.Hajek@usdoj.gov
             Beverly.Li@usdoj.gov

8   TONY WEST
    Assistant Attorney General
9   JOHN R. GRIFFITHS
    Assistant Director, Federal Programs Branch
10  JOHN R. COLEMAN (Va. Bar # 70908)
    Trial Attorney, U.S. Department of Justice
11  Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 6118
12  Washington, D.C. 20530
    Telephone: (202) 514-4505
13  Facsimile: (202) 616-8460
    E-mail: John.Coleman3@usdoj.gov

14
    Attorneys for Federal Defendants
15
            IN THE UNITED STATES DISTRICT COURT
16       FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
17

18  CENTER FOR FOOD SAFETY., et al.      )   Case No. CV 10-04038 SBA
                                         )
19              Plaintiffs,              )    **ORDER GRANTING STIPULATION**
                                         )    **REGARDING A BRIEFING SCHEDULE**
20        v.                             )    **ON PLAINTIFFS' MOTION FOR A**
                                         )    **TEMPORARY RESTRAINING ORDER**
21  THOMAS J. VILSACK, et al.,           )
                                         )   Date:
22              Defendants.              )   Time:
                                         )   Judge: Hon. Saundra B. Armstrong
23                                       )   Place:  Courtroom 1, 4th Floor
                                         )
24

25

26

27  PROP. ORDER GRANTING STIP. RE: BRIEFING SCHEDULE ON PLFS. MOT. FOR A TRO

28

1          **ORDER**

2          Upon consideration of the parties' Stipulation Regarding a Briefing Schedule on Plaintiffs'

3   Motion for a Temporary Restraining Order ("TRO"), it is hereby ORDERED that the Stipulation is

4   APPROVED, and it is further ORDERED that the briefing on Plaintiffs' Motion for a TRO shall

5   proceed according to the following schedule:

6          (1)   Defendants' Opposition to the Motion for a TRO shall be filed by 3 p.m. PDT on

7                Tuesday, September 14, 2010;

8          (2)   Plaintiffs' Reply in support of their Motion for a TRO shall be filed by 12 p.m.

9                (midday) PDT on Thursday, September 16, 2010.

10         IT IS SO ORDERED.

11   Dated:  _9/14/10                          _____

12                                            The Hon. Saundra B. Armstrong
                                              United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Prop. Order Granting Stip. Re: Briefing Schedule On Plfs. Mot. For a TRO          – 2 –

28