**FILED**

SEP 2 0 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Due to the unavailability of Judge Armstrong, the Executive Committee directs the clerk to re-assign the following:

(1) C 10-0257 SBA

Karen Golinski v United States Office of Personnel Management et al

(2) C 10-4038 SBA

Center for Food Safety et al v Vilsack et al

IT IS SO ORDERED.

Vaughn R Walker
United States District Chief Judge