09/14/2010 12:38 FAX 14153510403     NATIONWIDE                                    Ⓩ016/028

**RECEIVED**

SEP 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

SEP 1 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Center for Food Safety, et al.,          )   Case No.  CV 10-4038 SBA
                                         )
            Plaintiff,                   )
                                         )   (PROPOSED) ORDER GRANTING
    vs.                                  )   APPLICATION FOR ADMISSION OF
                                         )   ATTORNEY *PRO HAC VICE*
Thomas J. Vilsack, et al.,               )
                                         )
            Defendants.                  )
                                         )                      58
                                         )
                                         )

Harry Zirlin, whose business address and telephone number is

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6575

and who is an active member in good standing of the bar of the State of New York having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant-Intervenor Betaseed, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate

appearance *pro hac vice*.  Service of papers upon and communication with co-counsel

LA2074275.1
212564-10001

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE

1  *designated* in the application will constitute notice to the party.  All future filings in this

2  action are subject to the requirements contained in General Order No. 45, *Electronic Case*

3  *Filing.*

4  Dated:  9/16/10

5  _____
   Hon. Saundra Brown Armstrong
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE

## PROOF OF SERVICE

I, Cathy Roybal, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On September 14, 2010, I served a true copy of the **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the parties in this cause as follows:

[X]   (**VIA U.S. MAIL**) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

**[SEE ATTACHED SERVICE LIST]**

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 14, 2010, at Los Angeles, California.

/s/   Cathy Roybal
Cathy Roybal

## SERVICE LIST

1

2  George A Kimbrell (pro hac vice  
application pending)

3  Paige M. Tomaselli  
Kateryna L. Rakowsky

4  Center for Food Safety  
2601 Mission Street, Suite 803

5  San Francisco, CA 94110  
Telephone: (415) 826-2770

6  Facsimile:  (415) 826-0507  
gkimbrell@icta.org

7  ptomaselli@icta.org  
kateryna@icta.org

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Paul H. Achtioff (pro hac vice  
application pending)  
Earthjustice  
223 South King Street, Suite 400  
Honolulu, HI 96813-4501  
Telephone: (808) 599-2436  
Facsimile:  (808) 521-6841  
pachitoff@earthjustice.org

LA2074275.1  
212564-10001

3