RECEIVED
SEP 15 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 20 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | ) |
| Plaintiffs, | ) Case No. cv-10-4038 SBA |
| v. | ) [PROPOSED] ORDER GRANTING |
| THOMAS J. VILSACK, et al., | ) APPLICATION FOR ADMISSION OF |
| | ) ATTORNEY *PRO HAC VICE* |
| Defendants. | ) |

Alison Suthers, an active member in good standing of the bar of the Colorado Supreme Court whose business address and telephone number is

Holland & Hart LLP
975 F Street, N.W., Suite 900
Washington, D.C. 20004
(202) 654-6915

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant-Intervenor Syngenta Seeds, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/20/10

Saundra B. Armstrong
United States Judge