RECEIVED

SEP 15 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

CENTER FOR FOOD SAFETY, et al.,

              Plaintiffs,

v.

THOMAS J. VILSACK, et al.,

              Defendants.

Case No. cv-10-4038 SBA

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Nancy Bryson, an active member in good standing of the bar of the District of Columbia

whose business address and telephone number is

    Holland & Hart LLP
    975 F Street, N.W., Suite 900
    Washington, D.C. 20004
    (202) 654-6921

having applied in the above-entitled action for admission to practice in the Northern District

of California on a *pro hac vice* basis, representing Defendant-Intervenor Syngenta Seeds, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/20/10

                               Saundra B. Armstrong
                               Saundra B. Armstrong
                               United States Judge

United States District Court
for the Northern District of California