IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | |
| Plaintiffs, | No. C 08-04038 JSW |
| v. | |
| THOMAS J. VILSACK, et al., | **ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO TRANSFER VENUE** |
| Defendants. | |

This matter is set for a hearing on November 5, 2010 on Defendants' motion to transfer venue. The Court HEREBY ORDERS that any opposition to these motions shall be filed by no later than October 12, 2010 and Defendants' reply, if any, shall be filed by no later than October 19, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE