| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Philip J. Perry (Ca. Bar No. 148696)<br>  philip.perry@lw.com |
| 3 |   Janice M. Schneider (DC Bar No. 472037) (*pro hac vice*)<br>  janice.schneider@lw.com |
| 4 |   Drew C. Ensign (Ca. Bar No. 243956)<br>  drew.ensign@lw.com |
| 5 | 555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304 |
| 6 | Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |
| 7 | |
| 8 | ARENT FOX LLP<br>  Stanley H. Abramson (D.C. Bar No. 217281) (*pro hac vice*) |
| 9 |   abramson.stanley@arentfox.com |
| 10 |   Rachel G. Lattimore (D.C. Bar No. 450975) (*pro hac vice*)<br>  lattimore.rachel@arentfox.com |
| 11 | 1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339 |
| 12 | Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395 |
| 13 | |
| 14 | Attorneys for Intervenor-Defendant<br>Monsanto Company |
| 15 | **[Complete list of Parties on signature page]** |

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | CASE NO. C-10-4038-JSW |
| Plaintiffs, | [~~Proposed~~] **ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST REGARDING PRESENTATION EQUIPMENT FOR NOVEMBER 2-4** ~~PERMANENT~~ **PRELIMINARY INJUNCTION HEARING PURSUANT TO CIVIL LOCAL RULE 7-11** |
| v. | |
| THOMAS J. VILSACK, *et al.*, | |
| Defendants, | |
| and | |
| MONSANTO COMPANY, *et al.*, | **Judge: Hon. Jeffrey S. White** |
| Intervenor-Defendants. | |

1 The Court has reviewed Intervenor-Defendants' Miscellaneous Administrative Request
2 Regarding Presentation Equipment For November 2-4 Permanent Injunction Hearing Pursuant
3 To Civil Local Rule 7-11 in the above-captioned action. The motion is GRANTED. The Court
4 accordingly authorizes Internveor-Defendants to procure and use in the courtroom the electronic
5 equipment identified in the Miscellaneous Administrative Request Regarding Presentation
6 Equipment, for the hearing scheduled to take place from November 2-4, 2010. To the extent

Intervenor-Defendants seek to use any deposition testimony for non-impeachment purposes, they must provide Plaintiffs with their designations by no later than 2:00 p.m. on October 29, 2010. Plaintiffs may provide counter-designations by 11:00 a.m. on November 1, 2010. Again, the Court reiterates that if the deposition testimony was not submitted as evidence in the prior action, the deposition testimony will not be admitted as evidence in the upcoming evidentiary hearing for any non-impeachment purpose.

~~IT IS SO ORDERED.~~

~~Dated:            , 2010~~

~~Honorable Hon. Jeffrey S. White~~
~~United States District Judge~~

Dated: October 28, 2010

IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   [~~Proposed~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST REGARDING PRESENTATION EQUIPMENT