IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.,

    Plaintiffs,

v.

THOMAS J. VILSACK, et al.,

    Defendants.

No. C 10-04038 JSW

**ORDER DENYING DEFENDANTS' MOTION TO TRANSFER**

Now before the Court is the motion to transfer filed by defendants United States Department of Agriculture ("USDA") and its Animal and Plant Health Inspection Service ("APHIS") (collectively, "Defendants").[1] This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for November 5, 2010 is HEREBY VACATED. Having carefully reviewed the parties' papers, considered their arguments and the relevant authority, and good cause appearing, the Court hereby denies Defendants' motion.

**ANALYSIS**

Pursuant to 28 U.S.C. § 1404(a), a district court may transfer a civil action to any district where the case could have been filed originally for the convenience of the parties and witnesses

---

[1] Intervenor-Defendants Betaseed, Inc., Monsanto Company, and Syngenta Seeds, Inc. joined in Defendants' motion and then improperly filed a substantive fifteen-page reply in support of Defendants' motion. The parties are hereby admonished that in the future, the Court will not consider substantive arguments made by parties if they have merely joined in another parties' motion.