IGNACIA S. MORENO
Assistant Attorney General
LUTHER L. HAJEK
BEVERLY F. LI
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 305-0492 (Hajek) / (202) 353-9213 (Li)
Facsimile: (202) 305-0506
E-mail: Luke.Hajek@usdoj.gov
	Beverly.Li@usdoj.gov

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
E-mail: John.Coleman3@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY., et al. | Case No. CV 10-04038 JSW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO SET A DEADLINE FOR THE FILING OF THE ADMINISTRATIVE RECORD** |
| v. | |
| THOMAS J. VILSACK, et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO SET A DEADLINE FOR THE FILING OF THE ADMINISTRATIVE RECORD

1  **[PROPOSED] ORDER**

2  Having considered the parties' Stipulation to Continue the Case Management Conference

3  and to Set a Deadline for the Filing of the Administrative Record, and finding good cause

4  therefore, the Stipulation is GRANTED, and the case management conference is continued to

5  January 21, 2011 _____, and Federal Defendants shall be permitted up to and including January 7, 2011 to file

6  the administrative record.

7  IT IS SO ORDERED.

9  Dated: December 13, 2010.

*Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
TO SET A DEADLINE FOR THE FILING OF THE ADMINISTRATIVE RECORD                                         i